CLERK'S OFFICE U.S
AT ROANOKE
FILED

JAN 29 2013

JULIA C. DUDLL
BY: /s/
DEPUTY C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HERALD WHITED, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13-cv-00006 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| BRANDON YATES, | ) | By: Michael F. Urbanski |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of January, 2013.

/s/ Michael F. Urbanski
United States District Judge